*NEVADA LEGAL SERVICES*
RON SUNG, ESQ.
Nevada State Bar No. 13047
I. KRISTINE BERGSTROM, ESQ.
Nevada State Bar No. 10841
NEVADA LEGAL SERVICES, INC.
530 South 6th Street
Las Vegas, Nevada 89101
(702) 386-0404 x148
Facsimile (702) 388-1641
rsung@nlslaw.net
Attorneys for Rhea Richardson

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RHEA RICHARDSON,<br><br>　　Plaintiff,<br><br>v.<br><br>SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY and JOHN HILL in his capacity as Executive Director of the SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY,<br><br>　　Defendants.<br>SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY,<br><br>　　Counter-Plaintiff,<br><br>v.<br><br>RHEA RICHARDSON,<br><br>　　Counter-Defendant. | CASE NO. 2:15-cv-02012-RFB-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

COMES NOW, Plaintiff and Counter-Defendant, RHEA RICHARDSON, represented through her attorney, RON SUNG, ESQ., of Nevada Legal Services, Inc., and Defendants and

1

Counter-Plaintiffs, SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY and JOHN HILL, represented through their attorney of record, THEODORE PARKER, III, ESQ., of PARKER NELSON & ASSOCIATES, CHTD, that a Stipulation and Order be entered into as follows:

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES** that per settlement agreement between the parties, the Complaint and Counterclaim be withdrawn and the case be dismissed with prejudice.

All parties signing this agreement are certifying that they have the authority to enter into this agreement and to bind the respective parties to this agreement.

Approved as to form and content:

4/19/2016
Date

RON SUNG, ESQ.
Nevada State Bar No. 13047
I. KRISTINE BERGSTROM, ESQ.
Nevada State Bar No. 10841
Nevada Legal Services, Inc.
530 South Sixth Street
Las Vegas, Nevada 89101
(702) 386-0404 x148
Facsimile (702) 388-1641
Attorneys for Rhea Richardson

4/15/16
Date

THEODORE PARKER, III, ESQ.
Nevada Bar No. 4716
2460 Professional Court, Suite 200
Las Vegas, NV 89138
Attorneys for Southern Nevada Regional Housing Authority and John Hill

## ORDER

Based upon the foregoing Stipulation and good cause appearing it is hereby Ordered as follows:

**IT IS HEREBY ORDERED** that per settlement agreement between the parties, the Complaint and Counterclaim be withdrawn and the case be dismissed with prejudice.

DATED this __21st__ day of __April_____, 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge

Submitted by:

_____
Ron Sung, Esq.
Nevada Bar No. 13047
Nevada Legal Services, Inc.
530 South Sixth Street
Las Vegas, NV 89101
(702) 386-0404 ext. 148
(702) 388-1641 facsimile
rsung@nlslaw.net
Attorneys for Rhea Richardson